IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 02-CR-00587-RPM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT D. BROOKS,

    Defendant,

and

MATRIX INC.,

    Garnishee.

_____

**ORDER DISMISSING WRIT OF GARNISHMENT**
_____

    This matter coming before the Court on motion of the Plaintiff, and the Court being fully advised in the premises, hereby

    **ORDERS** that the Motion to Dismiss Writ of Garnishment in this case is GRANTED.

    ORDERED and entered this day of 29th, September 2006.

                                        BY THE COURT:

                                        s/ Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge